Robert F. Brennan, Esq. [S.B. #132449]
LAW OFFICES OF ROBERT F. BRENNAN, APC
3150 Montrose Ave.
La Crescenta, Ca. 91214
Tel. (818) 249-5291
Fax: (818) 249-4329

Attorneys for: Plaintiff Nancy Cheryl Howe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL HOWE, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA FINANCE CORPORATION, a Corporation; TRANS UNION LLC., EQUIFAX INFORMATION SERVICES, LLC., and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 12-00035  JCx<br><br>Hon. Jay C. Gandhi<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AMERICAN HONDA FINANCE CORPORATION AND ENTIRE CASE |

Plaintiff Cheryl Howe has announced to the Court that all matters in controversy against Defendant American Honda Finance Corporation and, previously, the other defendants in this action, have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

|    |                                                                                                                                                                                                                                                                                                          |
|----|--|

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Cheryl Howe against Defendant American Honda Finance Corporation
3  are in all respect dismissed with prejudice to the refiling of same, with Court costs
4  to be paid by the party incurring same.  Moreover, since the other defendants in
5  this action have already been dismissed with prejudice, the case is hereby
6  dismissed in its entirety.

8  DATED this 29th day of May 2013.

_____
JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE